UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK AUGUSMA, | * |
| | * |
| Plaintiff, | * |
| | *  **Case No.: 1:18-cv-02503** |
| v. | * |
| | * |
| MAGGIANO'S HOLDING CORPORATION | * |
| d/b/a MAGGIANO'S LITTLE ITALY, et al. | * |
| | * |
| Defendant. | * |

## LINE OF DISMISSAL

TO THE CLERK:

Please mark all claims in the above-captioned case as SETTLED, SATISFIED, PAID, and DISMISSED WITH PREJUDICE.

Respectfully submitted,

/s/ Keith W. Watters
Keith W. Watters, #319210
(Signed by Christopher R. Dunn with
  permission of Counsel)
KEITH WATTERS & ASSOCIATES
1667 K Street, NW, Suite 677
Washington, D.C. 20006
(202)887-1990
Fax - (202)293-2368
Email: Keithwatters@verizon.net
Counsel for Plaintiff

/s/Christopher R. Dunn
Christopher R. Dunn, #417845
DECARO, DORAN, SICILIANO,
 GALLAGHER & DEBLASIS, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
―――
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
―――
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548